UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, a North Carolina corporation.<br><br>Plaintiff,<br><br>v.<br><br>WHITNEY FARMS, INCORPORATED, an inactive Washington corporation,<br><br>Defendant. | No. CV-12-5096-RHW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT ATTORNEY FEES OR COSTS** |

Before the Court is the parties' Stipulation of Dismissal Without Prejudice and Without Attorney Fees or Costs, ECF No. 8. The parties ask that the Court dismiss the above entitled action, without prejudice and without attorney fees or costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal Without Prejudice and Without Attorney Fees or Costs, ECF No. 8, is **GRANTED**.

///
///
///
///
///
///

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT ATTORNEY FEES OR COSTS** ~ 1

2. The claims asserted in the above-captioned case are **dismissed**, without prejudice and without attorney fees or cost.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order, provide copies to counsel, and close the file.

**DATED** this 24th day of April, 2013.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\RHW\aCIVIL\2012\Burlington Ins. Co\Dismissal.ord.wpd

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT ATTORNEY FEES OR COSTS ~ 2**